# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Travon Duhart | **Repayment Agreement and Order** | No: 1:22-CR-00044-002 |

On March 13, 2024, Travon Duhart was sentenced to 24 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Duhart. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.  As a result of the judgment entered against me on March 13, 2024, I have been ordered to pay a total restitution of $247,704.00 and a special assessment of $200.00.

2.  On August 27, 2025, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on October 9, 2024. The current balance of my restitution is $246,192.55.

3.  After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of December 2025, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $150.00 per month during the term of supervision.

_____   12/1/25
Travon Duhart                                            Date

*Kevin Fleming*                                    11/24/2025
Kevin Fleming, U.S. Probation Officer       Date

_____   12/03/2025
Assistant U.S. Attorney                            Date

---

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

*Leslie Abrams Gardner*
Leslie Abrams Gardner
Chief U.S. District Judge

December 10, 2025
Date